# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| CRAIG BUTLER | : | **VIOLATIONS:** |
| | | **21 U.S.C. § 841(a)(1)** (possession with |
| | : | intent to distribute 5 grams or more of |
| | : | cocaine base ("crack") - 1 count) |
| | : | **21 U.S.C. § 860** (possession with intent to |
| | : | distribute 5 grams or more of cocaine base |
| | | ("crack") in or near a school) - 1 count) |
| | : | **18 U.S.C. § 924(c)(1)(A)** (possession of a |
| | | firearm in furtherance of a drug |
| | : | trafficking crime - 1 count) |
| | | **18 U.S.C. § 922(g)(1)** (possession of a |
| | : | firearm by a convicted felon - 1 count) |
| | | Notice of forfeiture |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 23, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### CRAIG BUTLER

knowingly and intentionally possessed with intent to distribute 5 grams or more, that is, approximately 13.66 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 23, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### CRAIG BUTLER

knowingly and intentionally possessed with intent to distribute 5 grams or more, that is, approximately 13.66 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, within 1,000 feet of the real property comprising Strawberry Mansion High School, public school located at 3133 Ridge Avenue in Philadelphia, and Richard R. Wright Elementary School, a public school located at 2700 W. Dauphin Street in Philadelphia, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

In violation of Title 21, United States Code, Section 860.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 23, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### CRAIG BUTLER

knowingly possessed a firearm, that is, an Amadeo Rossi & Co. Model 461 .357 Magnum revolver, serial number BU655960, loaded with six rounds of ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute 5 grams or more cocaine base ("crack"), in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 23, 2009, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**CRAIG BUTLER,**

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate or foreign commerce a firearm, that is, an Amadeo Rossi & Co. Model 461 .357 Magnum revolver, serial number BU655960, loaded with six rounds of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 924(c) and 922(g)(1), set forth in this indictment, defendant

**CRAIG BUTLER**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of these offenses, including, but not limited to:

(1) Amadeo Rossi & Co. Model 461 .357 Magnum revolver, serial number BU655960; and

(2) six rounds of ammunition, including two Hornady .38 special caliber cartridges, and four Frontier .357 magnum caliber cartridges.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

**MICHAEL L. LEVY**
**United States Attorney**

5